DEFENDANT:   JORGE ALBERTO ORTIZ-ACOSTA

AGE/YOB:    1993

COMPLAINT   ___X___ Yes  _____ No
FILED?

        If Yes, MAGISTRATE CASE NUMBER 22-mj-0053-NYW

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? _X_ Yes __ No

OFFENSE(S):   **Count 1:** Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(ii)(II), (b)(1)(B)(ii)(II), (b)(1)(C) and 846; Conspiracy to distribute and possess with the intent to distribute various amounts of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance

        **Counts 13, 30, 43, 54:** 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(ii)(II), 18 U.S.C. § 2; Distribution or Possession with the Intent to Distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance and Aiding and Abetting the Same

        **Counts 3, 5, 7, 25, 27, 33, 40:** 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(ii)(II); 18 U.S.C. § 2; Distribution and Possession with the Intent to Distribute 500 grams and more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance and Aiding and Abetting the Same

        **Counts 2, 4, 6, 9, 12, 23, 24, 26, 32, 36, 39, 41, 51, 52:** Title 21 U.S.C. § 843(b) and (d); Use of a Communication Facility in Connection with Drug Trafficking

        **Counts 10, 22, 28, 53:** Title 18, United States Code, Sections 1956(a)(2)(A) and (B)(i); Knowingly and intentionally attempting to transport or transfer funds from a place within the United States to or through a place outside the United States, with the intent to promote the carrying on of specified unlawful activity, specifically conspiracy to distribute and possess with the intent to distribute cocaine

LOCATION OF  Denver County, Denver, Colorado
OFFENSE:

PENALTY:        **Count 1**
                NLT 10 years,
                NMT life imprisonment
                At least 5 years Supervised Release
                $10,000,000 fine
                $100 Special Assessment

                **Counts 13, 30, 43, 54**
                NLT 10 years,
                NMT life imprisonment
                At least 5 years Supervised Release
                $10,000,000 fine
                $100 Special Assessment

                **Counts 3, 5, 7, 25, 27, 33, 40**
                NLT 5 years
                NMT 40 years imprisonment
                At least 4 years Supervised Release
                $5,000,000 fine
                $100 Special Assessment

                **Counts 2, 4, 6, 9, 12, 23, 24, 26, 32, 36, 39, 41, 51, 52**
                NMT 4 years in prison
                NMT 1-year of supervised release
                NMT $250,000.00 fine
                $100 Special Assessment

                **Counts 10, 22, 28, 53**
                NMT 20 years imprisonment
                NLT 5 years Supervised Release
                NMT $500,000.00 or twice the value of the property involved in the
                money laundering transactions
                $100 Special Assessment

AGENT:          Michael Gutke
                Special Agent, Drug Enforcement Administration

AUTHORIZED      Stephanie Podolal
BY:             Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

___five days or less; __X_ over five days
THE GOVERNMENT

 X   will seek detention in this case based on 18 U.S.C. § 3142(f)

The statutory presumption of detention is applicable to this defendant.