<u>DEFENDANT</u>:         ALEJANDRO BLANCO-CABALLERO

<u>AGE/YOB</u>:         1978

<u>COMPLAINT</u>         __X___ Yes         _____ No
<u>FILED</u>?

         If Yes, MAGISTRATE CASE NUMBER  <u>22-mj-00054-NYW</u>

<u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT</u>?   _X_ Yes    __ No

<u>OFFENSE(S)</u>:      **Count 1:** Title 21, United States Code, Sections 841(a)(1),
(b)(1)(A)(ii)(II), (b)(1)(B)(ii)(II), (b)(1)(C) and 846; Conspiracy to
distribute and possess with the intent to distribute various amounts
of a mixture and substance containing a detectable amount of
cocaine, a Schedule II Controlled Substance

**Counts 4, 14, 15, 16, 17, 19, 36, 37, 48:** Title 21 U.S.C. § 843(b)
and (d); Use of a Communication Facility in Connection with Drug
Trafficking

**Counts 18, 21, 31, 50:** 21 U.S.C. §§ 841(a)(1) and
841(b)(1)(A)(ii)(II), 18 U.S.C. § 2; Distribution or Possession with the
Intent to Distribute 5 kilograms or more of a mixture or substance
containing a detectable amount of cocaine, a Schedule II Controlled
Substance and Aiding and Abetting the Same

**Count 5:** 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(ii)(II); 18 U.S.C.
§ 2; Distribution and Possession with the Intent to Distribute 500
grams and more of a mixture and substance containing a detectable
amount of cocaine, a Schedule II Controlled Substance and Aiding
and Abetting the Same

**Counts 22 and 38:** Title 18, United States Code, Sections
1956(a)(2)(A) and (B)(i); Knowingly and intentionally attempting to
transport or transfer funds from a place within the United States to
or through a place outside the United States, with the intent to
promote the carrying on of specified unlawful activity, specifically
conspiracy to distribute and possess with the intent to distribute
cocaine

<u>LOCATION OF</u>      Denver County; Denver, Colorado
<u>OFFENSE</u>:

PENALTY:

**Count 1**
NLT 10 years,
NMT life imprisonment
At least 5 years Supervised Release
$10,000,000 fine
$100 Special Assessment

**Counts 4, 14, 15, 16, 17, 19, 36, 37, 48**
NMT 4 years in prison
NMT 1-year of supervised release
NMT $250,000.00 fine
$100 Special Assessment

**Count 5**
NLT 5 years
NMT 40 years imprisonment
At least 4 years Supervised Release
$5,000,000 fine
$100 Special Assessment

**Counts 17, 20, 31, 48**
NLT 10 years,
NMT life imprisonment
At least 5 years Supervised Release
$10,000,000 fine
$100 Special Assessment

**Counts 22 and 38**
NMT 20 years imprisonment
NLT 5 years Supervised Release
NMT $500,000.00 or twice the value of the property involved in the
money laundering transactions
$100 Special Assessment

AGENT:          Michael Gutke
                Special Agent, Drug Enforcement Administration

AUTHORIZED      Stephanie Podolak
BY:             Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

 X  five days or less; ___ over five days

THE GOVERNMENT

 X  will seek detention in this case based on 18 U.S.C. § 3142(f)
The statutory presumption of detention is applicable to this defendant.